UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
UNITED STATES OF AMERICA,

         -v-

DARNYL PARKER,                              00-CR-0053-A

         Defendant
_____

## ORDER AUTHORIZING DISTRIBUTION
## OF SEIZED FUNDS TO THE CLERK OF THE COURT

WHEREAS, Mark J. Mahoney, was appointed as counsel for the above defendant, on the 1st day of February, 2001; and

WHEREAS, on December 20, 2002, the Clerk of the Court paid Debra L. Engleskirger $22,710.00 for transcription services which were necessary for the representation of the defendant; and

WHEREAS, on June 23, 2003, the Clerk of the Court paid Mark J. Mahoney $19,748.52 for representing the defendant in this matter; and

WHEREAS, the Court finds that funds are available from or on behalf of the above-named defendant in the amount of $27,353.95 for partial reimbursement of compensation and expenses paid to the defendant's court-appointed counsel and for other services

necessary for the defendant's representation.

IT IS THEREFORE, ORDERED, that such funds in the amount of $27,353.95 in the custody of the Federal Bureau of Investigation be paid to the Clerk of the Court for the Western District of New York as partial reimbursement for funds paid to the defendant's court-appointed attorney and for funds paid for transcription services necessary for the representation of the defendant.

      IT IS SO ORDERED.

                          /s/ *Richard J. Arcara*
                          HONORABLE RICHARD J. ARCARA
                          CHIEF JUDGE
                          UNITED STATES DISTRICT COURT

DATED: March   22   , 2006